UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DENNIS LYNN LOPEZ, | ) | 1:05-cv-1436 OWW WMW HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME |
| P. L. VASQUEZ, | ) | (DOCUMENT #7) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 29, 2007, petitioner filed a motion to extend time to file a motion to dismiss . Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a motion to dismiss.

IT IS SO ORDERED.

**Dated:   April 16, 2007**                         **/s/  William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE